

# Fourth Court of Appeals
## San Antonio, Texas

November 23, 2022

No. 04-22-00484-CV

**ESTATE OF GLENN EDWARD TURPIN, DECEASED**

From the Probate Court No. 2, Bexar County, Texas
Trial Court No. 2021-PC-0972
Honorable Veronica Vasquez, Judge Presiding

# O R D E R

On November 16, 2022, Appellee Mary May filed her brief. Appellee Erin McNiece, the Temporary Administrator of the Estate of Glenn Edward Turpin, has not filed an appellee's brief. If Appellee McNiece intends to file an appellee's brief, she should do so within ten days along with an appropriate motion for extension of time. If Appellee McNiece does not file an appellee's brief within ten days, this appeal will be set "at issue" and set for submission.

Liza A. Rodriguez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 23rd day of November, 2022.



MICHAEL A. CRUZ, Clerk of Court